**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-6045**

---

TROY NEWTON MOSES-EL,

                                        Plaintiff - Appellant,

        versus

FRANK C. SIZER, JR.; ATTORNEY GENERAL OF THE
STATE OF MARYLAND,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CA-97-1723-JFM)

---

Submitted:  September 30, 1998        Decided:  October 14, 1998

---

Before ERVIN, LUTTIG, and WILLIAMS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Troy Newton Moses-El, Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, Rachel Marblestone Kamins, OFFICE OF THE ATTORNEY
GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

   Troy Newton Moses-El appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Moses-El v. Sizer No. CA-97-1723-JFM (D. Md. Dec. 15, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED